**Michael T. STEPHENS,**
**Plaintiff–Appellant,**

v.

**Gary KUBIC; Philip A. Foot; Charles Allen; Jo Ann Deboe; Charles Bush, Doctor; Nurse Holden; Nurse Carlisle; Susan Foot; Parole Agent Rowell; Southern Health Partners Incorporated, Defendants–Appellees.**

**No. 09–7699.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 14, 2010.

Decided: July 22, 2010.

Michael T. Stephens, Appellant Pro Se. Marshall Hodges Waldron, Jr., Griffith & Sadler, PA, Beaufort, South Carolina; Elliott T. Halio, Halio & Halio, Charleston, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

236

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Stephens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Stephens's motion for appointment of counsel and affirm for the reasons stated by the district court. *Stephens v. Kubic*, No. 4:08–cv–00329–CMC, 2009 WL 2601436 (D.S.C. Aug. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*